**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 18, 2025, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: December 18, 2025**

ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:<br>MAXILL, INC.<br><br>*Debtor* | )<br>)<br>)<br>)<br>)<br>) | CASE NO. 25 - 41500<br><br>CHAPTER 11<br><br>BANKRUPTCY JUDGE<br>TIIARA N.A. PATTON |
| IN RE:<br>MAXILL REALTY, INC.<br><br>*Debtor* | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 25 - 41501<br><br>CHAPTER 11<br><br>BANKRUPTCY JUDGE<br>TIIARA N.A. PATTON |
| IN RE:<br>MAXILL DENTAL, INC.<br><br>*Debtor* | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 25 - 41502<br><br>CHAPTER 11<br><br>BANKRUPTCY JUDGE<br>TIIARA N.A. PATTON |

**ORDER GRANTING MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES OF MAXILL, INC., MAXILL REALTY, INC., AND MAXILL DENTAL, INC.**

This matter came before the Court on the Motion of the Debtors Maxill, Inc., Maxill Realty, Inc., and Maxill Dental, Inc., to consider this matter on an expedited basis, for joint administration of the Chapter 11 cases (the "Motion") of the above-captioned Debtors and Debtors in Possession (collectively, the "Debtors").

This Court, having reviewed the Motion, finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) Notice of the Motion was sufficient, (d) there are no objections to the relief requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.
2. The joint administration of the Chapter 11 cases of Maxill, Inc., Maxill Realty, Inc., and Maxill Dental, Inc. is hereby ordered and the cases are hereby consolidated for ***procedural purposes only***.
3. The proposed form of caption set forth on Exhibit A attached hereto is approved.
4. Further pleadings related to any of the three Debtors shall be filed in Case No. 25 - 41500 consistent with this Order.

# # #

Submitted by:

**Steel & Company Law Firm**

/s/ Michael A. Steel
Michael A. Steel (0072367)
2950 W. Market St., Suite G
Fairlawn, Ohio 44333
P: (330) 223 – 5050
F: (330) 223 – 5509
msteel@steelcolaw.com

*Proposed Attorney for Debtors*

SERVICE LIST

***Service via ECF:***

Michael A. Steel, Proposed Attorney for Debtors, msteel@steelcolaw.com

Lauren Schoenewald, Office of the US Trustee, lauren.schoenewald@usdoj.gov

Frederic P. Schwieg, Subchapter V Trustee fschwieg@schwieglaw.com

Scott N. Opincar, Counsel for Loops, L.L.C., sopincar@mcdonaldhopkins.com

Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25 - 41500 |
| MAXILL, INC., *et al.* | ) | (Jointly administered) |
| | ) | |
| *Debtor(s)* | ) | CHAPTER 11 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| | | TIIARA N.A. PATTON |