United States Bankruptcy Court
Northern District of Ohio

In re: Maxill Dental, Inc.
Debtor

Case No. 25-41502-tnap
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0647-4 | User: kmigl | 

Date Rcvd: Dec 15, 2025 | Form ID: 309F2 | Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxill Dental, Inc., 500 West Main Street, Cortland, OH 44410-1455 |
| aty | + | Lauren Schoenewald ust47, United States Department of Justice, Office of the United States Trustee, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East, Suite 441 Cleveland, OH 44114-1234 |
| aty | + | Scott N. Opincar, McDonald Hopkins LLC, 600 Superior Avenue, East, Suite 2100, Cleveland, OH 44114-2653 |
| tr | + | Frederic P. Schwieg, Attorney at Law, 19885 Detroit Road #239, Rocky River, OH 44116-1815 |
| cr | + | Loops, L.L.C., c/o Scott Opincar, McDonald Hopkins LLC, 600 Superior Ave., E., Ste. 2100, Cleveland, OH 44114-2653 |
| 28379752 | + | Maxill Realty, Inc., 500 W. Main Street, Cortland, OH 44410-1455 |
| 28379753 | | Maxill, Inc. (Canada), 80 Elm Street, St. Thomas, Ontario CANADA N5R 6C8 |
| 28379755 | + | Trumbull County Treasurer, 160 High Street NW Floor 2A, Warren, OH 44481-1090 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: msteel@steelcolaw.com | Dec 15 2025 21:02:00 | Michael A. Steel, Steel & Company Law Firm, 2950 W. Market Street, Suite G, Akron, OH 44333 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Dec 15 2025 21:02:00 | United States Trustee, Office of the U.S. Trustee, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East Suite 441, Cleveland, OH 44114-1234 |
| 28379751 | ^ | MEBN | Dec 15 2025 20:56:55 | FedEx, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 28379754 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Dec 15 2025 21:03:00 | Ohio Department of Taxation, Attn: Business Tax Division, PO Box 2678, Columbus, OH 43216-2678 |
| 28379756 | | Email/Text: bankruptcy@ups.com | Dec 15 2025 21:03:00 | UPS, PO Box 7247-0244, Philadelphia, PA 19170-0001 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Lauren Schoenewald ust47 | on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov |
| Michael A. Steel | on behalf of Debtor Maxill Dental Inc. msteel@steelcolaw.com, masteel@bmdllc.com;steel.michaela.b133738@notify.bestcase.com |
| Scott N. Opincar | on behalf of Creditor Loops L.L.C. sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Maxill Dental, Inc. (Name) | EIN: | 39–2691101 |
| United States Bankruptcy Court | Northern District of Ohio | Date case filed for chapter: 11 | 12/9/25 |
| Case number: | 25–41502–tnap | | |

# Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Maxill Dental, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 500 West Main Street<br>Cortland, OH 44410 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael A. Steel<br>Steel & Company Law Firm<br>2950 W. Market Street<br>Suite G<br>Akron, OH 44333 | Contact phone 330–223–5050<br><br>Email: msteel@steelcolaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Frederic P. Schwieg<br>Attorney at Law<br>19885 Detroit Road #239<br>Rocky River, OH 44116 | Contact phone 440–499–4506<br><br>Email: fschwieg@schwieglaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br>https://www.ohnb.uscourts.gov | U.S. Bankruptcy Court<br>Federal Building & US Courthouse<br>10 East Commerce Street<br>Youngstown, OH 44503 | Hours open:<br>9:00 AM – 4:00 PM<br><br>Contact phone 330–742–0900<br><br>Date: 12/15/25 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **January 22, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>***** Valid photo identification required *****<br>***** Proof of Social Security Number required ***** | Location:<br><br>**341 meeting will be conducted remotely., Please check the docket or with the case, trustee for procedures.** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
| **9. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | ___________ |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |