# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25 - 41500 |
| | ) | |
| MAXILL, INC., *et al.* | ) | (Jointly administered) |
| | ) | |
| *Debtor(s)* | ) | CHAPTER 11 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| | | TIIARA N.A. PATTON |

**MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION MAXILL REALTY, INC. TO RELEASE CERTAIN FUNDS THAT ARE ASSETS OF THE BANKRUPTCY ESTATE CURRENTLY BEING HELD BY THE TRUMBULL COUNTY CLERK OF COURT**

Now comes Debtor and Debtor-in-Possession, Maxill Realty, Inc. (the "Debtor"), in the above captioned Chapter 11 proceeding and hereby moves this Court to compel the turnover of property pursuant to 11 U.S.C. §542 of the United States Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure. For cause, the Debtor states as follows:

1. On December 9, 2025 (the "Petition Date"), Maxill Inc., Maxill Realty, Inc., and Maxill Dental, Inc. (collectively, the "Debtors"), individually filed voluntary petitions in the U.S. Bankruptcy Court for the Northern District of Ohio for reorganization relief pursuant to Chapter 11 of the Bankruptcy Code.

2. Prior to the Petition Date, Debtor Maxill Inc. was a party to a lawsuit in Trumbull County Court of Common Pleas, case captioned *Dana Robie vs. Maxill, Inc.*, case number 2020 CV 01163 (the "Trumbull County Litigation"). Maxill Realty, Inc. and Maxill Dental, Inc. were not defendants in the Trumbull County Litigation.

3. As a result of the Trumbull County Litigation, a judgment was obtained against *Maxill, Inc. only*. A Judgment was not entered against Maxill Realty, Inc. or Maxill Dental, Inc.

4. On September 12, 2025, approximately $76,133.45 was taken from Debtor Maxill

Realty, Inc.'s U.S. Bank account ending in x9925, as a collection effort of the Trumbull County Litigation judgment against Maxill, Inc (the "Garnishment").

5. A hearing on the Garnishment was scheduled for December 10, 2025. However, due to the Debtors' bankruptcy filings, the hearing was stayed pursuant to §362 of Title 11 of the United States Code.

6. A Suggestion of Bankruptcy with Notice of Bankruptcy Filing was filed in the Trumbull County Litigation on December 10, 2026.

7. As a result of the stay, the Trumbull County Clerk of Courts is holding approximately $76,133.45 of Debtor Maxill Realty Inc.'s funds.

8. Debtors seek an Order from this Court authorizing and directing the release of funds being held by the Trumbull County Clerk of Court to the bankruptcy estate of Maxill Realty, Inc.

9. These funds are assets of the Debtor in Possession Maxill Realty, Inc. pursuant to 11 USC §542.

10. These funds are not subject to claims of the Trumbull County Clerk of Court.

11. Debtors request this Court order Trumbull County Clerk of Court to release any hold on the Debtor's funds and to authorize release of the funds to the Debtor and Debtor-in-Possession so the funds may be deposited into the Debtor's DIP bank account.

12. Property of the estate includes "all legal or equitable interest of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a)(1).

13. Section 542 of the Bankruptcy Code requires "an entity… in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title… shall deliver to the trustee, and account for, such property or the value of such property,

unless such property is of inconsequential value or benefit to the estate.

WHEREFORE, Debtor and Debtor-in-Possession, Maxill Realty, Inc., prays for relief of this Court consistent with this motion.

Respectfully submitted:

/s/ Michael A. Steel
Michael A. Steel (#0072367)
Steel & Company Law Firm
2950 West Market Street, Suite G
Fairlawn, OH 44333
PH: (330) 223-5050
FX: (330) 223-5509
msteel@steelcolaw.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing was electronically transmitted on or about this 3rd day of March, 2026, to the following who are listed on the Court's Electronic Mail Notice List:

Michael A. Steel, Counsel for Debtors and Debtors-in-Possession, msteel@steelcolaw.com

Lauren Schoenewald, Office of the US Trustee, lauren.schoenewald@usdoj.gov

Frederic P. Schwieg, Subchapter V Trustee  fschwieg@schwieglaw.com

Scott N. Opincar, Counsel for Loops, L.L.C., sopincar@mcdonaldhopkins.com

Diana Robinson, Attorney for Dana Robie, diana@prwattorneys.com

*/s/  Michael A. Steel*
MICHAEL A. STEEL#0072367

*Counsel for the Debtors*
*and Debtors-in-Possession*