# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-41500 (TNAP) |
| | ) | |
| **Maxill, Inc., *et. al.*,** | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Judge Tiiara N.A. Patton |

## MOTION OF THE UNITED STATES TRUSTEE TO CONVERT EVIDENTIARY HEARING TO STATUS CONFERENCE

Andrew R. Vara, the United States Trustee for Regions 3 & 9, by and through his undersigned counsel, files this motion to convert the evidentiary hearing currently scheduled for March 24, 2026 to a status conference on the *Motion to of the United States Trustee for Entry of an Order Converting or Dismissing Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)* (the "Motion to Dismiss"). In support of this Motion, the United States Trustee states as follows:

1. On December 9, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11. Docket No. 1.

2. On January 23, 2026, the United States Trustee filed the Motion to Dismiss. Docket No. 58. On February 6, 2026, the Debtors filed an objection to the Motion to Dismiss. Docket No. 80. Creditor Loops, LLC filed a reply to the Motion to Dismiss on February 2, 2026, and creditor Dana Robie filed a reply to the Motion to Dismiss on February 4, 2026. Docket Nos. 71, 73.

3. The United States Trustee and the Debtor have reached a proposed agreement that would provide for the conversion of the Maxill Inc. case to chapter 7 and the dismissal of the Maxill Realty and Maxill Dental cases. The proposed agreed order is attached hereto at Exhibit A.

4. Accordingly, the United States Trustee requests that the evidentiary hearing currently scheduled for March 24, 2026 be converted to a status conference. At the status conference, the United States Trustee requests that the Court allow him and other parties in interest

to be heard regarding the proposed agreement and any objections thereto.

      5.      The United States Trustee also notes for the Court that the Debtor has requested, and the United States Trustee has agreed, that the proposed order will not be uploaded to the Court until after Counsel addresses the pending *Motion of Debtor and Debtor-in-Possession Maxill Realty, Inc. to Release Certain Funds that are assets of the Bankruptcy Estate Currently Being held by the Trumbull County Clerk of Court*. Docket No. 95.

      **WHEREFORE,** the United States Trustee respectfully requests that the Court enter an order converting the evidentiary hearing on the Motion to Dismiss to a status conference and granting any further relief as it deems just and proper.

Dated: March 12, 2026

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: */s/ Lauren C. Schoenewald*
Lauren C. Schoenewald (0097694)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Email: lauren.schoenewald@usdoj.gov

**CERTIFICATE OF SERVICE**

        I hereby certify that on March 12, 2026, a true and correct copy of the foregoing *Motion to Convert Evidentiary Hearing to Status Conference* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Benjamin Bejster    bbejster@mcdonaldhopkins.com
- Scott N. Opincar    sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Diana Robinson    diana@prwattorneys.com, allison@prwattorneys.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com, OH84@ecfcbis.com
- Michael A. Steel    msteel@steelcolaw.com, masteel@bmdllc.com;steel.michaela.b133738@notify.bestcase.com
- United States Trustee    (Registered address)@usdoj.gov
- Lauren Schoenewald ust47    lauren.schoenewald@usdoj.gov

        By:    */s/ Lauren C. Schoenewald*
                Lauren C. Schoenewald (0097694)
                Trial Attorney
                United States Department of Justice
                Office of the United States Trustee
                201 Superior Avenue East, Suite 441
                Cleveland, Ohio 44114
                Phone: (216) 522-7810
                Email: Lauren.Schoenewald@usdoj.gov