# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE MAXILL, INC ET AL
*Debtor(s)*

CASE NO: 25-41500
JUDGE PATTON
CHAPTER 11
SUBCHAPTER V

## AMENDED NOTICE OF HEARING FOR FINAL APPLICATION OF FREDERIC P. SCHWIEG, FOR APPROVAL OF COMPENSATION

**PLEASE TAKE NOTICE that on April 14, 2026** Frederic P. Schwieg filed his Final Application of Frederic P. Schwieg, for Approval of Compensation as Trustee After Confirmation of Plans seeking approval of his fees and expenses after confirmation of the Debtor's plan as the duly appointed Subchapter V Trustee in the amount of amount of $8,251.00 and allowing him that amount as an administrative expense against the bankruptcy estate. (the "Motion"). **Parties in interest may obtain a copy of the Motion may be obtained from Mr. Schwieg via his email, phone or mailing address.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion at a hearing, then on or before **May 12, 2026**, you or your attorney must:

File with the Court an objection/response at:

United States Bankruptcy Court
Nathaniel R. Jones Federal Building & U.S. Courthouse
10 East Commerce Street
Youngstown, Ohio 44503-1621

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Mail a copy of your response to:

Frederic P. Schwieg
19885 Detroit Rd #239
Rocky River OH 44116-1815

Please take further notice that a hearing on the Motion may be held on May 19, 2026 at 11:00 a.m. prevailing Eastern Time (the "Hearing"), or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the United States Bankruptcy Court Federal Building 3rd Floor Courtroom 10 East Commerce Street Youngstown, OH 44503, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0906 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

Respectfully Submitted,
/s/ Frederic P. Schwieg

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
fschwieg@schwieglaw.com
Subchapter V Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice Of Motion to Compromise was served on April 17, 2026 upon the following via the Court's ECF/CM system or by U.S. mail, postage prepaid as indicated below.

John C. Cannizzaro on behalf of Interested Party Instantiation LLC
Benjamin Bejster on behalf of Creditor Loops, L.L.C.
bbejster@mcdonaldhopkins.com

Scott N. Opincar on behalf of Creditor Loop L.L.C.
sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Scott N. Opincar on behalf of Creditor Loops, L.L.C.
sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Diana Robinson on behalf of Creditor Dana Robie
diana@prwattorneys.com, allison@prwattorneys.com

Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Michael A. Steel on behalf of Debtor Maxill, Inc., et al.
msteel@steelcolaw.com, masteel@bmdllc.com;steel.michaela.b133738@notify.bestcase.com

Lauren Schoenewald ust47 on behalf of U.S. Trustee United States Trustee
lauren.schoenewald@usdoj.gov

/s/ Frederic P. Schwieg

Frederic P. Schwieg

2