**IT IS SO ORDERED.**

**Dated: May 1, 2026**



**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Case No. 25-41500 (TNAP)** |
| | ) | |
| **Maxill, Inc., *et. al.*,** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Judge Tiiara N.A. Patton** |

## <u>ORDER DISMISSING CASE</u>

This matter came before this Court on the *Motion of United States Trustee for Entry of an Order Converting or Dismissing Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)* (the "Motion") (Docket No. 56), the *Joinder of Loops, L.L.C. to the Motion of the United States Trustee for Entry of an Order Converting or Dismissing Case Pursuant to 11 U.S.C. § 1112(b)* (Docket No. 71), the *Joinder of Dana Robie to the Motion of the United States Trustee for Entry of an Order Converting or Dismissing Case Pursuant to 11 U.S.C. § 1112(b)* (Docket No. 73), and the *Objection of Debtors and Debtors in Possession to U.S. Trustee's Motion to Dismiss (Doc. 56) and Omnibus Response to Joinder Filed by Loops, LLC (Doc. 71) and Dana Robie (Doc. 73)* (the "Objection") (Docket

No. 80). The Court finds that due and sufficient notice of the Motion has been given; the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this is a core proceeding under 28 U.S.C. § 157(b)(2). After due deliberation and sufficient cause appearing therefore, based upon the record and for the reasons stated on the record at the hearing held on April 14, 2026, the Court finds that grounds exist to dismiss the above-captioned case. Accordingly, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is **GRANTED** and the Objection is **OVERRULED.**

2. The cases of Maxill, Inc. (21-41500), Maxill Realty, Inc. (25-41501), and Maxill Dental, Inc. (25-41502) are hereby **DISMISSED**.

# # # #

Prepared by:

*/s/ Lauren C. Schoenewald*
Lauren C. Schoenewald (0097694)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
201 Superior Avenue E, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-7810
Email: lauren.schoenewald@usdoj.gov

Parties to be served:

Via the Court's Electronic Case Filing System:

- Benjamin Bejster    bbejster@mcdonaldhopkins.com
- Scott N. Opincar    sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Diana Robinson    diana@prwattorneys.com, allison@prwattorneys.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com, OH84@ecfcbis.com
- Michael A. Steel    msteel@steelcolaw.com, masteel@bmdllc.com;steel.michaela.b133738@notify.bestcase.com
- United States Trustee    (Registered address)@usdoj.gov
- Lauren Schoenewald ust47    lauren.schoenewald@usdoj.gov