**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE MAXILL, INC<br>DEBTOR(S) | CASE NO: 25-41500<br>JUDGE PATTON<br>CHAPTER 11<br>SUBCHAPTER V |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION FORM B CASE DISMISSED FEE AWARD RECEIVED

I, Frederic P. Schwieg, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on May 5, 2026, the Court awarded compensation of $8,251.00 to the Trustee. The Trustee has received these funds. I hereby certify that my administration of the estate of the above-named debtor(s) has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Respectfully submitted,
/s/ Frederic P. Schwieg, Esq.

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd. 239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com
Subchapter V Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Report electronically transmitted on or about the date filed via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list
Benjamin Bejster on behalf of Creditor Loops, L.L.C.
bbejster@mcdonaldhopkins.com

Scott N. Opincar on behalf of Creditor Loop L.L.C.
sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Scott N. Opincar on behalf of Creditor Loops, L.L.C.
sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Diana Robinson on behalf of Creditor Dana Robie

diana@prwattorneys.com, allison@prwattorneys.com

Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Michael A. Steel on behalf of Debtor Maxill, Inc., et al.
msteel@steelcolaw.com, masteel@bmdllc.com;steel.michaela.b133738@notify.bestcase.com

Lauren Schoenewald ust47 on behalf of U.S. Trustee United States Trustee
lauren.schoenewald@usdoj.gov

/s/ Frederic P. Schwieg

Frederic P. Schwieg